RECEIVED

NOV 29 2022

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VERSUS | * 5:22-cr-00282 |
| | * Judge Walter |
| | * Magistrate Judge Hornsby |
| ███████████████████ | * |
| | * |
| | * |
| EVIN ANDREW PAGE (04) | * |
| ███████████████████ | * |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
Conspiracy to Distribute and Possession with Intent to
Distribute Cocaine and Crack Cocaine
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii) and 846

On a date uncertain, but no later than on or about January 1, 2020, and continuing until on or about May 31, 2022, in the Western District of Louisiana and elsewhere, the defendants, ███████████████████ ███████████████████ █████ Evin Andrew Page, and ████████ ████ and other persons known and unknown to the Grand Jury, did knowingly

1

and intentionally conspire and agree together to distribute and to possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, and 28 grams or more of a mixture and substances which contains cocaine base, a schedule II substance all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii) and 846.

## FORFEITURE NOTICE

The allegations in Count 1 are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A.  As a result of the controlled substances offenses alleged in Count 1 of this Indictment, the defendants, ███████████████ ███████████████ Evin Andrew Page, ███████████████ shall forfeit to the United States all interest in:

   (1)  Any property consisting or derived from proceeds the defendants obtained directly or indirectly as the result of said violations as set forth in this Indictment and,

   (2)  Any property used or intended to be used in any manner or part to commit or facilitate the commission of the aforementioned violations.

B.  By virtue of the offenses charged in this Indictment, any and all interest in the above-described property is vested in the United States and is forfeited to the United States pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

C.  If any of the property described above as being subject to forfeiture as a result of any act or omission of the defendant:

1. cannot be located upon the exercise of due diligence;

2. has been transferred or sold to, or deposited with, a third person;

3. has been placed beyond the jurisdiction of the Court;

4. has been substantially diminished in value; or

5. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of substitute property of the defendant up to the value of the property subject to forfeiture.

All in accordance with Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL:                                BRANDON B. BROWN
                                            United States Attorney

*REDACTED*
―――――――――――――――                             ―――――――――――――――――――
GRAND JURY FOREPERSON                       Jessica D. Cassidy, LA Bar No. 37744
                                            Assistant United States Attorney
                                            300 Fannin Street, Suite 3201
                                            Shreveport, Louisiana 71101
                                            Phone: (318) 676-3600